# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1379

_____

Phyllis L. Hill

*Plaintiff - Appellant*

v.

Arkansas Department of Human Services; Claudette W. Holt; David Tures; John Parke; Kelton Phillips; Lacey Wynes; Terri Jones; Anthony Tony Gilbert, Sr.; Timothy Lampe; Job Serebrov; Rowena Reyes; Walter Barrington; Doe, Arkansas Claims Commissioner

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: November 5, 2018
Filed: November 8, 2018
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Phyllis Hill appeals from the district court's[1] grant of judgment for defendants, the Arkansas Department of Human Services (ADHS) and numerous ADHS employees, on her claims of retaliation under Title VII.

We conclude upon *de novo* review that the district court did not err in dismissing Hill's claims against the individual defendants, see Plymouth Cty. v. Merscorp., Inc., 774 F.3d 1155, 1158-59 (8th Cir. 2014) (standard of review); Bales v. Wal-Mart Stores, Inc., 143 F.3d 1103, 1111 (8th Cir. 1998) (no individual supervisor liability under Title VII); or in granting summary judgment in favor of ADHS, see Musolf v. J.C. Penney Co., 773 F.3d 916, 918 (8th Cir. 2014) (standard of review; plaintiff must show causal connection between materially adverse employment action and protected conduct). We find no other basis for reversal.

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.